UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICHOLAS EDMUNDS,

    Plaintiff,

v.

    Case No. 09-11648

    Honorable Patrick J. Duggan

BOARD OF CONTROL OF EASTERN
MICHIGAN UNIVERSITY, LIZBETH
STEVENS, SARAH GINSBERG, WILLIE
CUPPLES, CAROLE WOOD GORENFLO,
RONALD HOODIN, and LIDIA LEE,

    Defendants.
_____/

## JUDGMENT

This matter is before the Court on Defendants' Motion for Summary Judgment. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment is granted and Plaintiff's complaint is **DISMISSED**.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Date: December 23, 2009

copies to:
Marlo D. Smith, Esq.
Debra McCulloch, Esq.
Claire S. Harrison, Esq.